IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia H. Cavanaugh, ) | No. CV 13-1222-TUC-JAS (DTF) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Ferraro that recommends granting Plaintiff's request to reverse the Commissioner's final decision and remand to the ALJ to conduct further proceedings. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

   The Court has reviewed the record and concludes that Magistrate Judge Ferraro's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

   Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Ferraro's Report and Recommendation (Doc. 23) is accepted and adopted.

1  (2) The Commissioner's final decision is reversed, and this case is remanded to the ALJ to
2  conduct further proceedings.
3  (3) The Clerk of the Court shall enter judgment and close the file in this case.

5  DATED this 23rd day of December, 2014.

James A. Soto
United States District Judge